UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
JACQUELINE BENDIG,                                    Case No. 11-30677-LMI
    Debtor
_____/                   Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Motion to Value and

Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via

regular mail on  this 29<u>TH</u>  day of  August 2011 to all parties on the attached service list.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
        Robert Sanchez, Esq., FBN#0442161


Nancy Herkert, Trustee
ECF Registered User

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| Green Tree Servicing LLC<br>c/o Keith Anderson, President<br>300 Landmark Towers<br>345 St. Peter ST<br>St. Paul, MN 55102 | Green Tree Servicing LLC, R.A.<br>CT Corporation System<br>1200 South Pine Island Rd<br>Plantation, FL 33324 |
| JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>9200 Oakdale Avenue<br>Chatsworth, CA 91311 | JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>270 Park Avenue<br>New York, NY 10017 |
| JP Morgan Chase Bank<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | |
| Chase Home Finance, LLC<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Chase Home Finance, LLC<br>c/o David B. Lowman<br>194 Wood Avenue South, 4th Floor<br>Iselin, NJ 08830 |