ORDERED in the Southern District of Florida on _Feb. 15, 2012_

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                              Case No. 11-30677-LMI
JACQUELINE BENDIG,                                  Chapter 13
   Debtor.
_____/

### ORDER ~~SUSTAINING~~ OVERRULING OBJECTION TO CLAIM OF VW CREDIT, INC (CLAIM #1) AND ORDER TO SHOW CAUSE

**THIS MATTER** having come to be heard on this 7th day of February 2012, upon Debtor's Objection to Claim of VW Credit, Inc (claim #1) and the Judge having ~~heard argument of debtors' counsel~~ reviewed the objection and being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. That the claim of VW Credit, Inc (claim #1) is ~~SUSTAINED~~ Overruled. Allowed as filed.

2. That the claim of VW Credit, Inc (claim#1) is ~~STRICKEN AND DISALLOWED~~.

3. Attorney Sanchez shall appear on March 5, 2012 at 9:00 am to show cause why he should not be sanctioned for filing a baseless objection.

###

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL 33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.