

**ORDERED in the Southern District of Florida on March 8, 2012.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                          Case No. 11-30677-BKC-LMI

JACQUELYNE BENDIG,                   Chapter 13

          Debtor.

_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE
### WHY ATTORNEY ROBERT SANCHEZ
### <u>SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR</u>

**THIS CAUSE** came before the Court on March 6, 2012 at 9:00 a.m. upon Order to Show

Cause Hearing Why Attorney Should not be Sanctioned for Filing a Baseless Objection.  The

Court having heard argument of counsel and based on the record, it is

ORDERED AND ADJUDGED that:

1.       The Order to Show Cause Hearing Why Attorney Should not be Sanctioned for

Filing a Baseless Objection is discharged.

                                         ###

Copy furnished to:
Robert Sanchez, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*