DEC 17 2014

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| In re | Case No. 11-30677 |
| JACQUELYNE BENDIG | Chapter 13 |
| | **NOTICE OF SATISFACTION OF PROOF OF CLAIM # 11** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 10/6/2011, and assigned as Claim number 11 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 11 should cease at this time.

Dated: December _16_, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ John J Rafferty
John J Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

- 1 -

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the __16__ day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
JACQUELYNE BENDIG
19150 BOB-O-LINK DRIVE
HIALEAH, FL 33015


**Debtors' Attorney**
ROBERT SANCHEZ, ESQ
355 W 49TH ST
HIALEAH, FL 33012

**Chapter 13 Trustee**
NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

/s/ John J Rafferty
John J Rafferty